# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 22, 2020

160740(74)

DAVID A. MAPLES,
      Plaintiff-Appellant,

v

STATE OF MICHIGAN,
      Defendant-Appellee.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160740
COA: 343394
Ct of Claims: 17-000135-MZ

By order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before August 28, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 22, 2020



Clerk